BEFORE: **E. THOMAS BOYLE**  DATE: <u>MAY 3, 2012</u>
UNITED STATES MAGISTRATE JUDGE  TIME: <u>10:00 A.M.</u>

ASSIGNED JUDGE: <u>**WEXLER**</u>

DOCKET NO. **CV-11-6360** CASE <u>**ALLSTATE INSURANCE COMPANY V. YENTEL**</u>

<u>CIVIL CONFERENCE</u> (FTR 10:26 - 10:45)

Initial X_ Status_ Discovery__ Settlement ___ Final Pre-trial __

Motion :

Automatic Discovery: Has been (_____)  Has Not Been (_____) Completed.

APPEARANCES:  <u>Plaintiff</u>  <u>Defendant</u>
Michael A. Callinan   Jonathan J. Arzt (△ Hafez Shtouch
                                        △ Top Rehab

* Discovery completed by  12/1/12 including experts

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next  F/C conference  1/16/2013 at 1:30pm by phone.
Pre-Trial Order filed by  1/4/13  List of Trial witnesses + Trial Exhibits

Plaintiff _____

Defendant _____

The conference call should be made through the teleconference operator provided by your long-distance service (e.g., AT&T, MCI, Sprint)

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/interrogatories by _____

So ordered

/s/ E. Thomas Boyle, U.S.M.J.