UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ET AL.

                              Plaintiff,

     -against-

BENJAMIN YENTAL, M.D., ET AL.

                              Defendants.

---------------------------------------------------------------X

Civil Case No.: 11cv6360
FB/VVP

**AFFIDAVIT**

STATE OF NEW YORK    )

COUNTY OF KINGS     )

      DAVID SAFIR, respectfully states, under the penalties of perjury, as follows:

1. I presently reside at 245 Exeter Street, Brooklyn, New York 11235. I have been living at this address for the past 6 years.

2. I was never served with a subpoena to testify as a non-party witness at a deposition in connection with the above captioned matter.

3. I have reviewed the alleged subpoena which indicates my address as 388 Avenue S, Apt. 4A, Brooklyn, New York 11223. I have further reviewed the Proof of Service submitted by the Plaintiff. This proof of service indicates that one Lisa Cohen Loew attached to the door and later mailed a copy of the alleged subpoena to the address of 388 Avenue S, Apt. 4A, Brooklyn, New York 11223. However, I have not lived at this address for the past 6 years.

4. I have attached to my affidavit proof that I do not reside at 388 Avenue S, Apt. 4A, Brooklyn, New York 11223 and did not reside there on 9/12/12, which is the date the plaintiff allegedly attempted

service of the subpoena on me.

_[signature]_
DAVID SAFIR

Sworn to before me on the 6th

day of December, 2012

_[signature]_
NOTARY PUBLIC

**Michelle Chmelev
Notary Public State of New York
Registration No. 01CH6269672
Qualified in Kings County
Commission Expires October 1, 2016**

