UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, et al.,

         Plaintiffs,      <u>ORDER</u>

  -against-            CV 11-6360 (LDW) (ETB)

BENJAMIN YENTEL, M.D., et al.,

         Defendants.
----------------------------------------------------------------------X

  Plaintiff's letter application dated December 20, 2012, seeking to compel defendant Mary Jean Palma Endozo to appear for a deposition and to respond to plaintiff's previously served discovery demands, is granted without any opposition.

  Ms. Endozo is precluded from submitting any affidavit in support of or opposition to any dispositive motion and is precluded from testifying at trial unless she submits to a deposition within fourteen (14) days at the place noticed by plaintiff's counsel at a mutually agreed upon date and time.

**SO ORDERED:**

Dated: Central Islip, New York
    January 7, 2013

                  /s/ E. Thomas Boyle
                  E. THOMAS BOYLE
                  United States Magistrate Judge