UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY and any and all of
its subsidiaries and affiliates, including, but not limited to            2:11-CV-6360-LDW-ETB
ALLSTATE INDEMNITY COMPANY, ALLSTATE
NEW JERSEY INSURANCE COMPANY and
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,

                                                                     Plaintiffs,

       -against-

INDIVIDUAL DEFENDANTS
BENJAMIN YENTEL, M.D.,
STANLEY ANDERSON, D.C.,
JILL ANDERSON,
ASHRAF HAFEZ,
MARY JEAN PALMA ENDOZO,
ANNA NEIDORF,
OLGA BARD, and
JOHN DOE 1-10,

CORPORATE DEFENDANTS
B.J.Y. FREEPORT MEDICAL, P.C.,
B.Y., M.D., P.C.,
INNOVATIVE MEDICAL, P.C.,
HISLI, INC.,
STEADY MANAGEMENT CORP.,
TOP REHAB, INC.,
OASIS PHYSICAL THERAPY, P.C.,
RANJ CORPORATION,
SOFT TOUCH ACUPUNCTURE, P.C.,
and ABC CORPORATION 1-10,

                                                                     Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed by the Plaintiffs, ALLSTATE INSURANCE COMPANY and any and all of its subsidiaries and affiliates, including, but not limited to ALLSTATE INDEMNITY COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY and ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY (hereinafter collectively referred to as "ALLSTATE") and the Defendant, MARY JEAN PALMA ENDOZO (hereinafter referred to as "ENDOZO"), by and the undersigned, that ALLSTATE'S Complaint (DE No. 1) be dismissed, with prejudice, as to ENDOZO, without costs to either party.

**SIGNATURES ON NEXT PAGE**

Dated: Melville, New York
January 9, 2013

**BRUNO, GERBINO & SORIANO, LLP**
*Counsel for ALLSTATE*
445 Broad Hollow Road, Suite 220
Melville, New York 11747
(631) 390-0010
(631) 393-5497 – *facsimile*
vgerbino@bgslaw-ny.com

By: _____
    VINCENT F. GERBINO, ESQ.


**MARY JEAN PALMA ENDOZO**
*Pro Se*
1218 Martine Avenue
Plainfield, New Jersey 07060
(718)983-1097

By: *Mary Jean P. Endozo*      Date: 1/19/13
    MARY JEAN PALMA ENDOZO

On this 19th day of January, 2013, before me personally appeared MARY JEAN PALMA ENDOZO, to me known and known to me to be the individual described in and who executed the foregoing SETTLEMENT AND RELEASE AGREEMENT, and she duly acknowledged that she executed the same and that she had the authority to execute same.

    _____
    **NOTARY PUBLIC**

**SO ORDERED** THIS _____ DAY OF _____, 2013

_____

380774